UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

                                  NOTICE OF APPEARANCE

    -vs-                             Case No. 5:18-MJ-111(ATB)

DEREK INDIVERO,
                          Defendant.

---

      PLEASE TAKE NOTICE that the undersigned hereby appears as attorney for the Defendant, DEREK INDIVERO, in the above matter.

      I certify that I have either completed six credit hours in federal defense continuing legal education within the past two years or, if not, that I will do so within thirty days from filing this Notice of Appearance.

      I further certify that I am registered for Electronic Case Filing and I am familiar with General Order Number 22.

Dated:   November 5, 2018

                                        Yours etc.,

                                        s/

                                        Michael Spano, Esq.
                                        Attorney for Defendant
                                        Bar Roll No.: 508163
                                        The Crown Building
                                        304 South Franklin Street
                                        Syracuse, New York 13202
                                        Tel. (315) 200-1830